IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FRANCIS BAUER HARRIS,** : <br> Plaintiff : <br> : <br> v. : <br> : <br> **CRAIG W. STEADMAN** : <br> Defendant : <br> : | **CIVIL ACTION NO. 12-993** |

# ORDER

**AND NOW**, this 11th day of February 2016, upon consideration of Plaintiff's Motion to Amend Complaint [Doc. No. 59] and Defendant's response in opposition thereto, and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that the Motion is **GRANTED in part and DENIED in part** as set forth in the accompanying Memorandum Opinion. It is further **ORDERED** that Defendant shall file a response to Plaintiff's Amended Complaint **within 14 days**.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**