IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FRANCIS BAUER HARRIS,**<br>Plaintiff | :<br>:<br>: |
| v. | :     CIVIL ACTION NO. 12-993 |
| **CRAIG W. STEADMAN,**<br>Defendant | :<br>:<br>:<br>: |

## ORDER

**AND NOW**, this 24th day of October 2016, upon consideration of the pending motion and response, it is hereby **ORDERED** that for the reasons set forth in the accompanying Memorandum Opinion:

1. Defendant's motion to dismiss (Doc. No. 99) is **GRANTED** on abstention grounds.

2. This case is **STAYED**, rather than dismissed, pending the resolution of Plaintiff's PCRA proceedings, and the Clerk is **DIRECTED** to place this case in **CIVIL SUSPENSE** and to **CLOSE** the case for statistical purposes.

3. Plaintiff may return to this Court within 30 days of the completion of his PCRA proceedings.

    **IT IS SO ORDERED**.

                                                  **BY THE COURT:**

                                                  /s/ Cynthia M. Rufe
                                                  _____
                                                  **CYNTHIA M. RUFE, J.**